Mr. Presiding Justice Friend delivered the opinion of the court.

In re estate of Richard T. Crane, Jr., deceased. Robert K. Low, appellee, v. John K. Prentice and Continental Illinois National Bank and Trust Company of Chicago, appellants. Gen. No. 39,481.

Opinion filed December 14, 1937.

Ashcraft & Ashcraft, for appellants; Russell F. Locke and William H. Alexander, of counsel. Bell, Boyd & Marshall, Romney Spring and Thomas L. Marshall, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.